LAURENCE B. HALLERAN, Appellant, *v.* SAVERIA MANZIONE et al., Defendants, and FLORENCE M. KIMBALL, Individually and as Administratrix of the Estate of GEORGE GRIFFIN, Deceased, et al., Respondents.

Argued November 14, 1939; decided November 28, 1939.

*A. I. Madison* and *Clinton T. Roe* for appellant.

*Samuel Robert Weltz* and *Benjamin M. Franklin* for respondents.

Order affirmed, with costs. First, second, third, fourth and sixth questions certified answered in the affirmative. Fifth question certified not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.